1  David W. Affeld, Cal. Bar No. 123922
       dwa@agzlaw.com
2  Damion D. D. Robinson, SBN 262573
       dr@agzlaw.com
3  AFFELD GRIVAKES LLP
   2049 Century Park East, Suite 2460
4  Los Angeles, California 90067
   Tel. (310) 979-8700
5  Fax (310) 979-8701

6  *Attorneys for Plaintiff Sergio Giancaspro
   and all others similarly situated*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SERGIO GIANCASPRO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK TRAVEL EXPERIENCES, INC., a Delaware corporation; STREETTEAM SOFTWARE, LLC, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05745-JFW (Ex)<br><br>Assigned to:<br>HON. JOHN F. WALTER<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LEAD TRIAL COUNSEL FOR PLAINTIFF** |

# **DECLARATION**

I, Damion Robinson, declare:

1. I am lead trial counsel for Plaintiff Sergio Giancaspro in this action. I submit this declaration pursuant to Paragraph 3(a) of the Court's Standing Order, Dkt. #12.

2. I am registered as a "CM/ECF User" on the Court's system.

3. My email addresses of record are: (a) dr@agzlaw.com; and (b) efiling@agzlaw.com.

4. I have read this Court's Standing Order and the Local Civil Rules of the Central District of California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed August 22nd, 2022 at Los Angeles, California.

/s/ Damion Robinson
Damion D. D. Robinson