# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SERGIO GIANCASPRO, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK TRAVEL EXPERIENCES, INC., a Delaware corporation; STREETTEAM SOFTWARE, LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | **Case No. 2:22-cv-05745-JFW-E**<br><br>Assigned to:<br>HON. JOHN F. WALTER<br><br>**[PROPOSED] ORDER GRANTING INTERVENOR'S MOTION TO INTERVENE**<br><br>Date:   November 14, 2022<br>Time:  1:30 p.m.<br>Place:  Courtroom 7A<br>         United States Courthouse<br>         350 W. 1st Street<br>         Los Angeles, CA 90012 |

**TO THE COURT AND TO PLAINTIFF AND DEFENDANTS:**

**PLEASE TAKE NOTICE** that on November 14, 2022, at 1:30 p.m., before the Honorable John F. Walter, United States District Judge of Courtroom 7A, located at 350 West 1st Street, 6th Floor, Los Angeles, CA 90012, the motion of Proposed Intervenor Global Growth Capital S.à.r.l. ("GGC") to intervene in the above referenced action between Plaintiff Sergio Giancaspro and Defendants Network Travel Experiences, Inc. and StreetTeam Software, LLC pursuant to Federal Rule of Civil Procedure 24(a) came on for hearing as scheduled.

After considering the written submissions of the parties, the records and documents on file in this case, and the argument by counsel,

IT IS HEREBY ORDERED that GGC's Motion to Intervene in this action is GRANTED pursuant to Rule 24(a).

**IT IS SO ORDERED.**

DATED: _____

_____
John F. Walter
United States District Judge