1  Damion D. D. Robinson, SBN 262573
   damion.robinson@diamondmccarthy.com
2  DIAMOND McCARTHY LLP
   355 South Grand Avenue, Suite 2450
3  Los Angeles, California 90071
   Tel. (310) 979-8700
4  Fax (310) 979-8701

5  *Attorneys for Plaintiff Sergio Giancaspro
   and all others similarly situated*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SERGIO GIANCASPRO, an individual; CORI ERSHOWSKY, an individual; ALEXIS GERACI, an individual; JAMERE BOWERS, an individual; ADAKU IBEKWE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK TRAVEL EXPERIENCES, INC., a Delaware corporation; STREETTEAM SOFTWARE, LLC, a Delaware corporation; JUSEXPERIENCES UK LIMITED, a United Kingdom company; CALLUM NEGUS-FANCEY, an individual; LIAM NEGUS-FANCEY, an individual; JAMES ELLIS, an individual; and DOES 1 through 10, inclusive<br><br>Defendants. | **Case No. 2:22-cv-05745**<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO DISMISS ACTION AND PERMIT INTERVENTION IN RELATED ACTION**<br><br>Action Filed: 8/12/2022<br>Trial Date:   Not Set |

1  The Court has considered the Stipulation of Plaintiffs Sergio Giancaspro, Cori Ershowsky, Alexis Geraci, Jamere Bowers, and Adaku Ibekwe (collectively, "Plaintiffs") and Intervenor Global Growth Capital, S.a.r.l. ("Intervenor") for voluntary dismissal of the Intervenor Complaint in this action and refiling in the action styled *Tayler Ulmer, et al. v. StreetTeam Software, LLC d/b/a Pollen, et al.*, Case No. 2:23-cv-0226 JFW AGR (the "*Ulmer* Action").

Finding good cause, the Court hereby approves the Stipulation and ORDERS as follows:

1. The Intervenor Complaint is hereby DISMISSED WITHOUT PREJUDICE.

2. Intervenor is GRANTED LEAVE to refile the Intervenor Complaint in the *Ulmer* Action and shall do so forthwith without further leave of the Court pursuant to Fed. R. Civ. P. 24(a)(2) being required.

3. Notwithstanding Fed. R. Civ. P. 54(d), neither party shall be deemed the "prevailing party."

3. Upon refiling the Intervenor Complaint in the *Ulmer* Action, Intervenor shall notify Plaintiffs of same and request that Plaintiffs waive service pursuant to Fed. R. Civ. P. 4(d), and Plaintiffs shall sign and return any such waiver requested by Intervenor forthwith.

**It is SO ORDERED.**

Dated: _____

HON. JOHN F. WALTER
United States District Judge

- 1 -

ORDER RE: INTERVENOR COMPLAINT
2:22-cv-05745

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify that I electronically filed this document using the Court's CM/ECF system. I am informed and believe that filing through the CM/ECF system results in electronic notice to all parties who have appeared in this action.

Dated: June 14, 2023

                                              Damion Robinson